# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CARLTON LANE,

    Plaintiff,

    v.

JOSEPH F. TAVARES, M.D., *et al.*,

    Defendants.

CIVIL ACTION NO. 3:CV-14-991

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW**, this 20th day of August, 2015, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Schwab's Report and Recommendation (Doc. 127) is **ADOPTED in part** as stated in the accompanying Memorandum.

(2) Defendant Joseph Tavares' Motion to Dismiss (Doc. 23) is **GRANTED**.

(3) Plaintiff is granted **twenty-one (21) days** from the date of entry of this Order to file an amended complaint.

(4) Commonwealth Defendants' Motion for Summary Judgment (Doc. 95) and Plaintiff's Cross Motion for Partial Summary Judgment (Doc. 107) are **DENIED as moot and without prejudice** to re-filing after all the pleadings are closed.

(5) The action is **RECOMMITTED** to Magistrate Judge Schwab for further proceedings.

                                                          /s/ A. Richard Caputo
                                                          A. Richard Caputo
                                                          United States District Judge